**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**UNITED FINANCIAL CASUALTY CO.**                                         **PLAINTIFF**

**v.**                      **CASE NO. 3:12CV00192 BSM**

**RONALD P. REYNOLDS et al.**                                              **DEFENDANTS**

## ORDER

Defendant Ronald P. Reynolds's motion to strike [Doc. No. 25] is denied. Reynolds moves to strike the reply by plaintiff United Financial Casualty Company ("UFC") in support of its motion for summary judgment. [Doc. No. 24]. In the alternative, Reynolds requests leave to file a supplemental response to the motion for summary judgment. [Doc. No. 14]. UFC objects to Reynolds's motion to strike, but it does not object to Reynolds's filing of a supplemental response. Accordingly, the motion to strike [Doc. No. 25] is denied and Reynolds is directed to file his supplemental response within 14 days of the entry of this order.

IT IS SO ORDERED this 10th day of January 2013.

_____
UNITED STATES DISTRICT JUDGE