**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED FINANCIAL CASUALTY CO.**                                    **PLAINTIFF**

**v.**                        **CASE NO. 3:12CV00192 BSM**

**RONALD P. REYNOLDS et al.**                                    **DEFENDANTS**

**JUDGMENT**

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 22nd day of February 2013.

_____
UNITED STATES DISTRICT JUDGE